**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| MICHAEL KIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>AMTRUST NORTH AMERICA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. 8:21-CV-00034-JVS-DFM<br><br>**JUDGMENT**<br><br>Dept.:   10C<br>Judge:   Hon. James V. Selna<br><br>Complaint Filed: Nov. 23, 2020<br>Trial Date:   July 26, 2022 |
|---|---|

The Court having granted in part and denied in part the Motion for Summary Judgment filed by Defendant/ Counterclaimant AmTrust North America, Inc. ("AmTrust") ("Motion") (ECF 28),

/ / /

/ / /

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

With respect to Michael Kian's First Cause of Action in his Complaint [ECF 1-1, Ex. A], AmTrust has no duty to defend Kian against Hyster-Yale

Group, Inc.'s ("Hyster") Cross-Complaint filed on July 15, 2020 ("Hyster Equitable Indemnity Claim").

With respect to Kian's Second Cause of Action [ECF 1-1, Ex. A], AmTrust has no duty to indemnify Kian for the relief sought in the Hyster Equitable Indemnity Claim.

With respect to Kian's Third Cause of Action [ECF 1-1, Ex. A], AmTrust has not breached the insurance contract.

With respect to Kian's Fourth Cause of Action [ECF 1-1, Ex. A], without breach of contract, there cannot be a claim for breach of the covenant of good faith and fair dealing.

Kian shall take nothing by his Complaint in this action which is dismissed with prejudice.

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that:

AmTrust is entitled to the relief sought in the Second Cause of Action of AmTrust's Counterclaim [ECF 18], that there is no duty to defend Kian against the Hyster Equitable Indemnity Claim.

AmTrust's First Cause of Action [ECF 18] is rendered moot by these rulings.

The Court having denied AmTrust's Motion with respect to its Third Cause of Action [ECF 18], AmTrust dismissed that cause of action.

/ / /
/ / /
/ / /
/ / /

IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED that AmTrust shall recover its allowable costs in an amount to be determined.

Date:  December 28, 2021

_____
Hon. James V. Selna
United States District Judge